■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL MURPHY, Appellant. [821 NYS2d 885]—Judgment, Supreme Court, New York County (Herbert J. Adlerberg, J., at *Darden* hearing; John A.K. Bradley, J., at plea and sentence), rendered July 24, 2001, convicting defendant of criminal possession of a controlled substance in the second degree, and sentencing him to a term of five years to life, unanimously affirmed.

Based upon our review of the minutes of the *Darden* hearing (*People v Darden*, 34 NY2d 177 [1974]), we conclude that there was probable cause for issuance of the search warrant (*see generally Spinelli v United States*, 393 US 410 [1969]; *Aguilar v Texas*, 378 US 108 [1964]). Concur—Saxe, J.P., Marlow, Nardelli, Sweeny and Catterson, JJ.